FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 1 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## FINDING RE PROBABLE CAUSE

**SA10-140M**

On March 19, 2010, at _3:40_ a.m. (p.m.), Agent Darshana

Sivakumaran of the Drug Enforcement Administration appeared before me

regarding the probable cause arrest of defendant ALLEN LAM

occurring at approximately 11:00 p.m. on March 18, 2010 at Los

Angeles International Airport in Los Angeles, California.

Having reviewed the agent's statement of probable cause, a

copy of which is attached hereto, the Court finds that there

**exists** probable cause to arrest the defendant for a violation of

Title 21 U.S.C. § 846.

_X_ It is ordered that defendant ALLEN LAM be held to answer

for proceedings under Federal Rule of Criminal Procedure 5/40 on

March 22, 2010.

_____ It is ordered that defendant ALLEN LAM, be discharged

from custody on this case forthwith.

DATED: _3/19/2010_ at _3:4·_ a.m. (p.m.)

_____
UNITED STATES MAGISTRATE JUDGE

**MARC L. GOLDMAN**